United States District Court
Southern District of Texas

**ENTERED**
June 01, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WPX ENERGY, INC. § § Plaintiff, § § vs. § § BAKER HUGHES OILFIELD § OPERATIONS, INC. § § Defendant. § | Civil Action No. 4:17-cv-01472 |

### ORDER DISMISSING BAKER HUGHES OILFIELD OPERATIONS, INC.

This Court has considered Plaintiff WPX Energy, Inc.'s Motion to Dismiss Baker Hughes Oilfield Operations, Inc. (Document No. __4__). The Court finds the motion well taken and grants it in its entirety. It is ordered Baker Hughes Oilfield Operations, Inc. is dismissed from this proceeding without prejudice.

Signed this __1st__ day of __June__, 2017.

_____
Hon. Melinda Harmon
United States District Judge
Southern District of Texas